IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

VS                              CRIMINAL NO. 4:07CR40012-01

JASON L. BLACK                                                                    DEFENDANT

**O R D E R**

On October 22, 2008, the defendant, Jason L. Black, appeared before the Court for Initial Appearance and Hearing on Revocation of Probation. The Court found that the defendant was in violation of his probation and imposed the following:

1. The defendant shall be continued on his current probation supervision with the addition of four (4) months home detention to be monitored remotely or electronically by the Probation Office. The defendant may leave his residence for employment, religious, substance abuse treatment or testing, medical treatment, or other necessary matters as allowed by the Probation Office.

All other conditions of probation remain shall remain unchanged.

IT IS SO ORDERED this 23rd day of October 2008.

/s/ Harry F. Barnes
HARRY F. BARNES
UNITED STATES DISTRICT JUDGE